```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
FELIPE FERNANDEZ,                                                      :
                                                                       :
                              Plaintiff,                               :
                                                                       :
              -v-                                                      :   25 Civ. 6546 (JPC)
                                                                       :
APEX LUGGAGE STORE, INC.,                                              :         ORDER
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On August 18, 2025, Plaintiff served Defendant Apex Luggage Store, Inc. with copies of the Summons and Complaint. Dkt. 5. Apex Luggage Store Inc.'s deadline to respond to the Complaint was therefore September 8, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until September 16, 2025. If Apex Luggage Store, Inc. once again fails to respond to the Complaint by its deadline to do so, Plaintiff shall seek a Certificate of Default by September 23, 2025.

Plaintiff is directed to mail copies of this Order by First Class Mail to the address at which Defendants was served with the Summons and Complaint, and to file proof of service on the docket within two days of such service.

SO ORDERED.

Dated: September 9, 2025
       New York, New York

_____
JOHN P. CRONAN
United States District Judge